STATE OF NEW JERSEY v. FRANK CARDELLA.

September 3, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN WIGGS.

September 3, 1981.

Petition for certification denied.

WILLIAM E. CONNOLLY v. BOROUGH OF DEMAREST.

September 3, 1981.

Petition for certification denied.

TRANSPORT INTERNATIONAL POOL, INC. v. HOLT MARINE
TERMINAL, INC.

September 3, 1981.

Petition for certification denied.